# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 13, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144142 (48)
144143

THOMAS J. PETIPREN,
       Plaintiff-Appellee,

v

RODNEY JASKOWSKI,
       Defendant-Appellant,
and

VILLAGE OF PORT SANILAC,
       Defendant.

SC: 144142
COA: 298088
Sanilac CC: 09-032990-NO

_____

RODNEY JASKOWSKI,
       Plaintiff/Counter Defendant-
       Appellant,

v

THOMAS J. PETIPREN,
       Defendant/Counter Plaintiff-
       Appellee.

SC: 144143
COA: 301125
Sanilac CC: 10-033374-NO

_____

On order of the Chief Justice, the motion by plaintiff-appellee for extension of the time for filing his brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 13, 2012

Clerk